UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALONSO JEFFERSON, a/k/a Puppet,

Defendant - Appellant.

No. 07-50024

D.C. No. CR-03-00084-VAP-22
Central District of California,
Los Angeles

ORDER

Before: SCHROEDER, PREGERSON and RAWLINSON, Circuit Judges.

We hereby recall the mandate issued on April 4, 2010. The memorandum disposition filed on March 31, 2010, is withdrawn, and a replacement memorandum disposition is filed contemporaneously with this order. The mandate shall issue forthwith.

DRS/Research

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-50024 |
| Plaintiff - Appellee, | D.C. No. CR-03-00084-VAP |
| v. | |
| ALONSO JEFFERSON, a/k/a Puppet, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Virginia A. Phillips, District Judge, Presiding

Submitted March 16, 2010[**]

Before:    SCHROEDER, PREGERSON and RAWLINSON, Circuit Judges.

Alonso Jefferson appeals from his guilty-plea conviction and 240-month

sentence for conspiracy to manufacture, to aid and abet the manufacture of, and to

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

DRS/Research

possess with intent to distribute phencyclidine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, and 18 U.S.C. § 2(a).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Jefferson's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief, but no answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED**.